UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL J. HARPER,<br>Plaintiff,<br>v.<br>M. WALLACE, et al.,<br>Defendants. | Case No. 26-cv-08808-SVK<br><br>**ORDER DIRECTING CLERK TO CLOSE CASE; DENYING LEAVE TO PROCEED IN FORMA PAUPERIS**<br><br>(ECF No. 2) |

Plaintiff, a California prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983. He has filed a request to voluntarily dismiss this case because the complaint herein is a copy of the complaint Plaintiff filed in another case, *see Harper v. Wallace, et al.,* No. 26-7887 VC, and should not have been filed in a separate case. Defendants have not appeared.

Under Federal Rule of Civil Procedure 41(a)(1), "a plaintiff has 'an absolute right' to voluntarily dismiss an action 'prior to service by the defendant of an answer or a motion for summary judgment.'" *Kamal v. Eden Creamery, LLC*, 88 F.4th 1268, 1279 n.4 (9th Cir. 2023) (citation omitted). No court order is required because a plaintiff's notice of dismissal is effective by itself to terminate the action: "[T]he plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal." Fed. R. Civ. P. 41(a)(1)(A); *see also Hamilton v. Shearson-Lehman American Exp. Inc.*, 813 F.2d 1532, 1534-1536 (9th Cir. 1987). The clerk shall terminate this case based upon Plaintiff's request for voluntary dismissal.

//

//

United States District Court
Northern District of California

United States District Court
Northern District of California

As this case was inadvertently opened, no fee is due, and Plaintiff's motion for leave to proceed in forma pauperis is DENIED as unnecessary.

The clerk shall terminate docket number 2.

**SO ORDERED.**

Dated: September 30, 2026

Susan van Keulen
United States Magistrate Judge